UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STANLEY MILLENDER,**

       Plaintiff,

                                                                   Civil No.**07-14807**
                                                                   Hon. John Feikens

       v.

**COMMISSIONER OF SOCIAL SECURITY,**

       Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation,

filed on **11/18/2008**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and

conclusions of this court.

                                        **s/John Feikens**_____
                                        John Feikens
                                        United States District Judge

Dated:  January 7, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 7, 2009.

s/Carol Cohron
Deputy Clerk